_____ DISTRICT OF _New Jersey_

In re _Calvin & Elizabeth Casman_    Case No. _____
Reporting Period: _November_
_2009_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____     Date _12/12/09_
Signature of Debtor

_____     _18/11/09_
Signature of Joint Debtor     Date

_____     _____
Signature of Authorized Individual*     Date

_____     _____
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

| **Cash** | **Beginning of Month** | $ | 1,262.80 | **NOVEMBER 2009** | |
|---|---|---|---|---|---|
| | | **Current** | | **Filing** | |

| | | | | | |
|---|---|---|---|---|---|
| Wages    Net | | $ | 5,056.24 | $ | 215,894.41 |
| Interest | | | | $ | 81.36 |
| Alimony | | N/A | | N/A | |
| Pension Income | | None | | N/A | |
| Sales of Assets | | None | | None | |
| 401K Loan | | None | | $ | 35,000.00 |
| Other | | $ | 1,865.89 | $ | 162,414.57 |
| **TOTAL RECEIPTS** | | **$** | **6,922.13** | **$** | **413,390.34** |
| | | | 8184.93 | | |

| **DISBURSEMENTS** | | | | | |
|---|---|---|---|---|---|
| Ordinary Items | | | | | |
| Mortgage | $ | - | $ | 21,548.46 |
| Rental Payments | $ | - | $ | - |
| 401K Loan | | $572.20 | $ | 12,016.20 |
| Utilities | $ | 1,309.06 | $ | 41,008.35 |
| Insurance | $ | 867.20 | $ | 32,795.76 |
| Auto Expense | | | $ | 23,189.00 |
| Automobile Lease Payment | | None | $ | 10,630.41 |
| IRA Contributions | | None | $ | - |
| Repairs and Maintenance | | | $ | 21,247.17 |
| Medical Expenses | $ | 245.60 | $ | 13,096.45 |
| Household Expenses- Crown Banking | $ | 1,269.15 | $ | 94,701.72 |
| Household Expenses- Free Checking | $ | 1,561.00 | $ | 13,573.75 |
| Charitable Contributions | $ | 120.00 | $ | 3,546.00 |
| Alimony | | None | $ | - |
| Taxes Real Estate | | None | $ | - |
| Taxes Personal Property | | None | $ | - |
| Taxes Other | | None | $ | - |
| Travel and Entertainment | $ | 1,067.01 | $ | 28,605.32 |
| Gifts | $ | 79.20 | $ | 5,666.98 |
| Other   (attach schedule) | | | $ | 32,681.06 |
| **TOTAL ORDINARY  DISBURSEMENTS** | **$** | **7,090.42** | **$** | **354,306.63** |

| REORGANIZATION ITEMS | | | | |
|---|---|---|---|---|
| Professional Fees | | | | |
| US Trustee Fees | | | $ | 250.00 |
| Other | | | | |
| TOTAL | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Disbursements | $ | 7,090.42 | $ | 354,556.63 |
| Net Cash Flow | $ | 1,094.51 | | |
| Cash      End of Month | | | | |
| Bank Statement | $ | 2,517.81 | | |



## Free Checking

**WACHOVIA**

01        1010219502647    751    30        0    15

**Electronic Delivery**

IIIₙₙₗₙₗₗIIIₙₙₗₙₗₗₙₗₗₙₗₗIIIₙₙₗ
**ELIZABETH CASHAN**
**DEBTOR IN POSSESSION**                    PB
**205 E CENTRAL AVE**
**MOORESTOWN NJ 080570000**

---

## Free Checking                                            10/24/2009 thru 11/20/2009

Account number:        1010219502647
Account owner(s):      ELIZABETH CASHAN
                       DEBTOR IN POSSESSION

### Account Summary

| | |
|---|---|
| Opening balance 10/24 | $1,060.42 |
| Deposits and other credits | 6,976.80 + |
| Checks | 1,639.61 - |
| Automated Checks | 152.75 - |
| Other withdrawals and service fees | 3,984.30 - |
| **Closing balance 11/20** | **$2,260.56** |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 10/26 | 500.00 | TRNSFR 3000110824377        10/26 <br> ONLINE TRNSFR CONFIRMATION # VY196763423 |
| 10/28 | 500.00 | TRNSFR 3000110824380        10/28 <br> ONLINE TRNSFR CONFIRMATION # VY197228346 |
| 10/30 | 2,432.79 | AUTOMATED CREDIT A J GALLAGHER   PAYROLL <br> CO. ID. 1362481781 091030 PPD |
| 11/02 | 15.89 | DEPOSIT |
| 11/09 | 500.00 | TRNSFR 3000110824377        11/09 <br> ONLINE TRNSFR CONFIRMATION # VY199671176 |
| 11/09 | 500.00 | TRNSFR 3000110824380        11/09 <br> ONLINE TRNSFR CONFIRMATION # VY199671261 |
| 11/13 | 2,528.12 | AUTOMATED CREDIT A J GALLAGHER   PAYROLL <br> CO. ID. 1362481781 091113 PPD |
| **Total** | **$6,976.80** | |

### Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 0290 | 10.00 | 10/29 | 0379* | 200.00 | 11/18 | 0384 | 100.00 | 11/09 |
| 0340* | 20.00 | 11/02 | 0380 | 201.40 | 11/03 | 0385 | 20.00 | 11/03 |
| 0372* | 100.00 | 10/27 | 0382* | 160.00 | 11/04 | 0387* | 80.00 | 11/18 |
| 0376* | 131.86 | 10/29 | 0383 | 80.00 | 11/04 | 0388 | 360.00 | 11/05 |

*Indicates a break in check number sequence*      (checks could be listed under Automated Checks)

*Checks continued on next page*

---

**WACHOVIA BANK, N.A. ,  MOORESTOWN**



## Free Checking

| 02 | 1010219502647 | 751 | 30 | 0 | 15 |

---

## Checks *continued*

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 0389 | 56.35 | 11/06 | 0392 | 20.00 | 11/10 | | | |
| 0391* | 100.00 | 11/09 | **Total** | **$1,639.61** | | | | |

*\* Indicates a break in check number sequence*    *(checks could be listed under Automated Checks)*

## Automated Checks

| Number | Amount | Date | Description |
|--------|--------|------|-------------|
| 0390 | 152.75 | 11/09 | AUTOMATED CHECK  VZ WIRELESS ARC  ARC CO. ID. 2005091202 091109 ARC MISC 0390 |

| **Total** | **$152.75** |
|-----------|-------------|

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 10/26 | 2.00 | MISCELLANEOUS FEE ATM NON-WACHOVIA WITHDRAWALS |
| 10/26 | 2.00 | WAY2SAVE TRANSFER TO 3000123232477 |
| 10/26 | 4.58 | PURCHASE    AREAS USA ATL     10/23 4828642736637    305-9150228 GA 7019V271180 |
| 10/26 | 28.36 | PURCHASE    SPIRIT HALLOWEEN SS 660  10/24 MAPLE SHADE  NJ 7019I822593 |
| 10/26 | 100.00 | WITHDRAWAL  PNC BANK          10/24 236 W MAIN ST    MOORESTOWN  NJ 7019N003981 |
| 10/27 | 1.00 | WAY2SAVE TRANSFER TO 3000123232477 |
| 10/27 | 34.00 | PURCHASE    ROMANO'S SERVICE S    10/26 4828642736637    MOORESTOWN  NJ 7019V200900 |
| 10/29 | 2.00 | WAY2SAVE TRANSFER TO 3000123232477 |
| 10/29 | 24.58 | PURCHASE    TRAINO'S WINE AND    10/28 4828642736637    MARLTON    NJ 7019V201010 |
| 10/29 | 26.98 | PURCHASE    SHOP.MLB.COM        10/28 4828642736637    866-274-9053 PA 7019V210040 |
| 10/30 | 1.00 | WAY2SAVE TRANSFER TO 3000123232477 |
| 10/30 | 2.00 | MISCELLANEOUS FEE ATM NON-WACHOVIA WITHDRAWALS |
| 10/30 | 53.49 | PURCHASE    T MOBILE 8880      10/29 4828642736637    CINNAMINSON NJ 7019V241230 |
| 10/30 | 100.00 | WITHDRAWAL  PNC BANK          10/30 236 W MAIN ST    MOORESTOWN  NJ 7019N007427 |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, N.A. ,  MOORESTOWN**



**WACHOVIA**

## Free Checking

03      1010219502647      751    30        0    15

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 11/02 | 3.00 | WAY2SAVE TRANSFER<br>TO 3000123232477 |
| 11/02 | 32.75 | PURCHASE    ROMANO'S SERVICE S    11/01<br>4828642736637    MOORESTOWN  NJ 7019V250900 |
| 11/02 | 88.25 | PURCHASE    WAL-MART #2871      11/01<br>CINNAMINSON  NJ 7019I499750 |
| 11/02 | 1,067.01 | AUTOMATED DEBIT  AMERICAN EXPRESS ELEC REMIT<br>CO. ID. 0005000008 091102 WEB<br>MISC 091102061481685 |
| 11/03 | 2.00 | WAY2SAVE TRANSFER<br>TO 3000123232477 |
| 11/03 | 7.76 | PURCHASE    WAWA 718    0000    11/02<br>4828642736637    MOUNT LAUREL NJ 7019V236370 |
| 11/03 | 26.25 | PURCHASE    NJ APP FINGERPRINT    11/02<br>4828642736637    866-580-6324 WA 7019V208490 |
| 11/03 | 150.00 | TRNSFR 1010188412046          11/03<br>ONLINE TRNSFR CONFIRMATION # VY198469585 |
| 11/04 | 2.00 | MISCELLANEOUS FEE<br>ATM NON-WACHOVIA WITHDRAWALS |
| 11/04 | 120.00 | WITHDRAWAL  PNC BANK          11/04<br>236 W MAIN ST    MOORESTOWN   NJ 7019N000820 |
| 11/09 | 1.00 | WAY2SAVE TRANSFER<br>TO 3000123232477 |
| 11/09 | 22.94 | PURCHASE    SHELL OIL 57543002      11/05<br>4828642736637    MOUNT LAUREL NJ 7019V245487 |
| 11/12 | 3.00 | WAY2SAVE TRANSFER<br>TO 3000123232477 |
| 11/12 | 32.17 | PURCHASE    SHELL OIL 57543002      11/09<br>4828642736637    MOUNT LAUREL NJ 7019V265487 |
| 11/12 | 45.68 | PURCHASE    CVS 02409 02409–219 We 11/11<br>Moorestown    NJ 7019I740460 |
| 11/12 | 155.88 | PURCHASE    COMCAST OF CHERRY      11/12<br>4828642736637    800-COMCAST NJ 7019V290005 |
| 11/13 | 1.00 | WAY2SAVE TRANSFER<br>TO 3000123232477 |
| 11/13 | 199.92 | PURCHASE    800CONT*1-800CONTA      11/12<br>4828642736637    800-266-8228 UT 7019V220006 |
| 11/16 | 2.00 | MISCELLANEOUS FEE<br>ATM NON-WACHOVIA WITHDRAWALS |
| 11/16 | 3.00 | WAY2SAVE TRANSFER<br>TO 3000123232477 |
| 11/16 | 10.86 | PURCHASE    STARBUCKS USA 0007      11/14<br>4828642736637    MOORESTOWN  NJ 7019V293558 |
| 11/16 | 25.59 | PURCHASE    SHELL OIL 57543002      11/12<br>4828642736637    MOUNT LAUREL NJ 7019V275487 |

*Other Withdrawals and Service Fees continued on next page.*

---

## Free Checking

| 04 | 1010219502647 | 751 | 30 | 0 | 15 |

**WACHOVIA**

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 11/16 | 60.00 | WITHDRAWAL  PNC BANK          11/14<br>236 W MAIN ST    MOORESTOWN  NJ 7019N007871 |
| 11/16 | 958.56 | AUTOMATED DEBIT  PUBLIC SERVICE   PSEG<br>CO. ID. 2221212800 091116 PPD |
| 11/17 | 1.00 | WAY2SAVE TRANSFER<br>TO 3000123232477 |
| 11/17 | 2.00 | MISCELLANEOUS FEE<br>ATM NON-WACHOVIA WITHDRAWALS |
| 11/17 | 29.75 | PURCHASE     SUNOCO SVC STATION      11/15<br>4828642736637      CINNAMINSON  NJ 7019V290002 |
| 11/17 | 220.00 | WITHDRAWAL  PNC BANK          11/17<br>CHURCH & LENOLA R CINNAMINSON  NJ 7019N001571 |
| 11/19 | 300.00 | TRNSFR 1010188412046          11/19<br>ONLINE TRNSFR CONFIRMATION # VY201761861 |
| 11/20 | 1.00 | WAY2SAVE TRANSFER<br>TO 3000123232477 |
| 11/20 | 27.94 | PURCHASE     SHELL OIL 57543002      11/18<br>4828642736637      MOUNT LAUREL NJ 7019V285487 |
| **Total** | **$3,984.30** | |

Effective February 12, 2010 any new Overdraft Protection sources put in place will be structured so that accounts serving as Overdraft Protection sources are limited to providing coverage to only one Checking account.

If you currently have multiple checking accounts covered by one Overdraft Protection source (for instance, one credit, savings or checking account providing protection to two checking accounts), Wachovia will update these relationships on April 3, 2010 to comply with the above standard.  The checking account with the lowest account number will keep the Overdraft Protection.

If you currently have more than one checking account that is protected by one or more Overdraft Protection sources and you believe this change will leave one or more accounts without overdraft protection, please visit your financial center, or call 800-WACHOVIA to make alternative arrangements at your earliest convenience if you wish to ensure uninterrupted overdraft protection.

## Free Checking

**WACHOVIA**

05        1010219502647        751    30        0    15

## Customer Service Information

|  | Phone number | Address |
|---|---|---|
| Checking & Savings Accounts, Check Card & ATM Card | 800-WACHOVIA | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  | 800-922-4684 | NC8502 |
| TDD    (For the Hearing Impaired) | 800-835-7721 | P O BOX 563966 |
| En español para cuentas corrientes y de ahorros | 800-326-8977 | CHARLOTTE NC 28256-3966 |
| Bank By Mail (Deposits Only) |  | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA3289 |
|  |  | P O BOX 26090 |
|  |  | RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA0343 |
|  |  | P O BOX 13327 |
|  |  | ROANOKE VA  24040-0343 |

### To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, Check Card, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

**WACHOVIA BANK, N.A. ,  MOORESTOWN**                                    page 5 of 7

## Free Checking

06       1010219502647    751      30        0      15

**WACHOVIA**

10/24/2009 thru 11/20/2009



REF#0159177440   PAID   10/29        10.00



REF#0153640270   PAID   11/02        20.00



REF#6053155430   PAID   10/27        100.00



REF#6557072170   PAID   10/29        131.86



REF#6153414430   PAID   11/18        200.00



REF#0558710250   PAID   11/03        201.40



REF#5255392880   PAID   11/04        160.00



REF#0258510100   PAID   11/04        80.00



REF#5850234270   PAID   11/09        100.00



REF#0558479860   PAID   11/03        20.00

## Free Checking

07          1010219502647    751      30          0        15

10/24/2009 thru 11/20/2009



REF#6153414380    PAID   11/18              80.00



REF#1028585301    PAID   11/05             360.00



REF#5755121750    PAID   11/06              56.35



REF#5850234260    PAID   11/09             100.00

REF#1257563080    PAID   11/10              20.00

**WACHOVIA**

# Crown Banking

**WACHOVIA**

01      1010188412046    751   30       0   15

**Electronic Delivery**

||||ıılıılılıllıılıılıluıllıııl
CALVIN  J  CASHAN
ELIZABETH  CASHAN            PB
205  E  CENTRAL  AVE
MOORESTOWN  NJ  08057

---

# Crown Banking                                10/24/2009 thru 11/20/2009

Account number:        1010188412046
Account owner(s):      CALVIN J CASHAN
                       ELIZABETH CASHAN

## Account Summary

| | |
|---|---|
| Opening balance 10/24 | $202.39 |
| Deposits and other credits | 1,514.00 + |
| Interest paid | 0.01 + |
| Checks | 190.00 - |
| Other withdrawals and service fees | 1,269.15 - |
| **Closing balance 11/20** | **$257.25** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 10/26 | 664.00 | DEPOSIT |
| 11/03 | 150.00 | TRNSFR 1010219502647          11/03 |
|  |  | ONLINE TRNSFR CONFIRMATION # VY198469585 |
| 11/06 | 400.00 | DEPOSIT |
| 11/19 | 300.00 | TRNSFR 1010219502647          11/19 |
|  |  | ONLINE TRNSFR CONFIRMATION # VY201761861 |
| 11/20 | 0.01 | INTEREST FROM 10/24/2009 THROUGH 11/20/2009 |
| **Total** | **$1,514.01** | |

## Interest

| | |
|---|---|
| Number of days this statement period | 28 |
| Annual percentage yield earned | 0.04% |
| Interest earned this statement period | $0.01 |
| Interest paid this statement period | $0.01 |
| Interest paid this year | $0.57 |

## Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1543 | 100.00 | 11/03 | 1544 | 90.00 | 10/29 | **Total** | **$190.00** | |

---

**WACHOVIA BANK, N.A. ,  MOORESTOWN**                                page 1 of 4

**WACHOVIA** ## Crown Banking

02        1010188412046     751    30        0     15

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 10/26 | 27.97 | PURCHASE    MEDPORT DINER        10/22<br>4828642446135    MEDFORD    NJ 5031V289800 |
| 10/26 | 37.44 | PURCHASE    LA FITNESS        10/23<br>4828642446135    800-600-2540 CA 5031V209400 |
| 10/29 | 136.32 | PURCHASE    SHOPRITE OF MOUNT    10/28<br>4828642446135    MOUNT LAUREL NJ 5031V291010 |
| 10/30 | 49.53 | PURCHASE    WEGMANS #8        10/28<br>4828642446135    MT LAUREL    NJ 5031V289740 |
| 10/30 | 250.99 | PURCHASE    WEGMANS #8        10/28<br>4828642446135    MT LAUREL    NJ 5031V249740 |
| 11/02 | 41.90 | PURCHASE    SHANGHAI EXPRESS    10/30<br>4828642446135    MARLTON    NJ 5031V212006 |
| 11/05 | 74.16 | PURCHASE    CHARLIE BROWN'S OF    11/04<br>4828642446135    MAPLE SHADE NJ 5031V261030 |
| 11/09 | 20.00 | PURCHASE    CINDYS RESTAURANT    11/06<br>4828642446135    CHERRY HILL  NJ 5031V291622 |
| 11/09 | 80.72 | PURCHASE    TARGET    0001    11/06<br>4828642446135    CHERRY HILL  NJ 5031V270910 |
| 11/09 | 82.70 | PURCHASE    WEGMANS #8        11/05<br>4828642446135    MT LAUREL    NJ 5031V270072 |
| 11/09 | 100.04 | PURCHASE    COSTCO WHSE #0749    11/06<br>MOUNT LAUREL NJ 5031I595035 |
| 11/10 | 257.99 | PURCHASE    WEGMANS #8        11/08<br>4828642446135    MT LAUREL    NJ 5031V230111 |
| 11/16 | 20.00 | PURCHASE    MOORESTOWN INTERNA    11/13<br>4828642446135    MOORESTOWN  NJ 5031V230124 |
| 11/17 | 39.39 | PURCHASE    ACME #7963        11/16<br>4828642446135    MAPLE SHADE  NJ 5031V277200 |
| 11/19 | 50.00 | WITHDRAWAL  PNC BANK        11/19<br>9456 STATE RD    PHILADELPHIA PA 5031N009110 |
| **Total** | **$1,269.15** | |

**Crown Banking**

WACHOVIA      03      1010188412046   751   30      0   15

Effective February 12, 2010 any new Overdraft Protection sources put in place will be structured so that accounts serving as Overdraft Protection sources are limited to providing coverage to only one Checking account.

If you currently have multiple checking accounts covered by one Overdraft Protection source (for instance, one credit, savings or checking account providing protection to two checking accounts), Wachovia will update these relationships on April 3, 2010 to comply with the above standard.  The checking account with the lowest account number will keep the Overdraft Protection.

If you currently have more than one checking account that is protected by one or more Overdraft Protection sources and you believe this change will leave one or more accounts without overdraft protection, please visit your financial center, or call 800-WACHOVIA to make alternative arrangements at your earliest convenience if you wish to ensure uninterrupted overdraft protection.

**WACHOVIA**

**Crown Banking**

04      1010188412046    751    30      0    15

## Customer Service Information

|  | Phone number | Address |
|---|---|---|
| Checking & Savings Accounts, Check Card & ATM Card | 800-WACHOVIA<br>800-922-4684 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>NC8502 |
| TDD   (For the Hearing Impaired) | 800-835-7721 | P O BOX 563966 |
| En español para cuentas corrientes y de ahorros | 800-326-8977 | CHARLOTTE NC 28256-3966 |
| Bank By Mail (Deposits Only) |  | WACHOVIA BANK, NATIONAL ASSOCIATION<br>VA3289<br>P O BOX 26090<br>RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>VA0343<br>P O BOX 13327<br>ROANOKE VA  24040-0343 |

### To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, Check Card, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | | | | |
| 2. Write in the closing balance shown on the front of account statement. _____ | | | | |
| 3. Write in any deposits you have made since the date of this statement. _____ _____ _____ _____ | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. _____ | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. _____ | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

**WACHOVIA BANK, N.A. ,  MOORESTOWN**

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | DEPOSIT AMOUNT | $ |
|---|---|---|---|---|---|---|
| | 10/29 | Mr. Tow'n al serv CASH | 501 40 | ✓ | | 501 40 |
| | 10/2 | | | | | 352 66 |
| | 10/25 | Capi Airport | 40 00 | X | | 710 66 |
| | 10/21 | Cape bill | 0 36 | ✓ | | 70 10 |
| | 10/9 | Empire flew bill luggage fee CW | 20 | | | |
| | | | 161 84 | ✓ | | |
| | 11/2 | Amex T/E | 1067.01 | X | | 1316.80 |
| | 11/2 | Soggy Morphis wawa lunch | 2625 | X | | 1190.55 |
| | 11/3 | Transfer to H 2048 | 150 00 | X | | 1182.79 |
| | 11/3 | Auto MANEJ ASC | 56 35 | X | | 1033.79 |
| | | Venmo | | | | 56 35 |
| | | | | | | 976.44 |

T/E
Msc.
NE
INS
NE



Medical

| No. | Date | Description | Amount | X | Balance |
|---|---|---|---|---|---|
| 396 | 11/19 | MTPS Seabrook CVS Rx | 15 00 | | |
| DC | 11/10 | CVS Rx | | | |
| DC | 11/10 | gas | 29 75 | X | |
| DC | 11/13 | gas | 45 83 | X | |
| DC | 11/14 | CASH | 60 00 | X | |
| DC | 11/5 | gas | 46 00 | X | |
| DC | 11/2 | Rx2 | 25 59 | X | |
| 372 | 10/23 | gas Starbucks | 100 00 | X | |
| 373 | 10/17 | Veezo CVS | 8 87 | X | |
| 374 | 10/17 | Music CD | 155 29 | X | |
| — | 10/17 | Glen Caley hair cut | 56 07 | X | |
| 8000 | 10 | American Express Internet | 42 00 | X | 343 32 00 |

PROTECT YOUR ACCOUNT - USE DARK INK WHEN WRITING CHECKS. NEVER USE PENCIL OR ERASABLE INK.

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | FEE | DEPOSIT AMOUNT | $ |
|---|---|---|---|---|---|---|
| | 10/14 | TITL ABC Ins | 283 54 | | | $ 720 81 |
| | 10/14 | Lord e Taylor | | | | 283 54 |
| | 10/16 | clothes | 50 X | | | 243 37 |
| | 10/16 | CASH | | | | 47 3 |
| | 10/16 | DWI Co | | | | 200 00 |
| | 10/16 | gas | 800 | X | 3482 78 | 273 6 |
| | 10/15 | A J G | 34 94 X | | | |
| | 10/16 | Supreme | | | | |
| | 10/19 | Deposit | | | 3482 78 | |
| | 10/19 | gen | 31 79 X | | | 3756.54 |
| | 11/4 | CASH-Ene | 120 00 X | | | |
| | 11/18 | gas-Shell | 27 94 X | | | |
| | 11/16 | Transfer to QC | 300 00 X | | | |
| | 11/16 | Starbucks | 10 86 X | | | |
| 397 | 11/13 | contacts 1,800 | 199 90 X | | | |
| | 11/20 | Christina LaDolfa Flag Football | 15 00 X | | | |

Medical

ex.1 #9

| No. | Date | Description | Amount | ✓ | Balance |
|---|---|---|---|---|---|
| 399 | 11/19 | Venus Window PSE&G | 476.13 | ⊗ | |
| 400 | 11/13 | PSE&G | 240.70 | ⊗ | |
| 343 | 11/20 | Ench Life Ins / Guardian Life Ins | | ⊗ | 690.19 |
| 347 | 11/19 | CASH pulled 11/13 | 100.00 | ⊗ | |
| 348 | 11/19 | CASH week 11/20 | 100.00 | ⊗ | 644.50 |
| | | | 644.50 | ⊗ | |
| 338 | 10/15 | Michael D Mark Auto Loan #3 Toll $6750 | 250.00 | ⊗ | |
| 339 | 10/16 | COMCAST / Publix | 134.78 | ⊗ | |
| | | | 36.80 | ⊗ | |
| | | | 28.17 | ⊗ | |
| 340 | 10/15 | Hospital in debt WHC / CASH store clothes Way 2 Save | 350.00 | ⊗ | 970.81 |
| | | | 4.00 | ⊗ | |

Handwritten check register (largely illegible, with a large X drawn across the right portion).

| DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | FEE | DEPOSIT | balance |
|---|---|---|---|---|---|
| 10/4 | DAVID OSTERHOUT | 70 00 | X | | 27642 5 / 27425 |
| 10/5 | BCD & Body Works | | | | |
| 10/7 | CASH | 200 00 | X | | |
| 10/6 | Verizon wireless cell (2) | 300 00 | X | | |
| 10/11 | Verizon cell phone (2) | 195 61 | X | | |
| | | 54 13 | X | | 177 00 |
| | Velazri Best what | | | | |
| 11/20 | Chris Romano Target Kids clothes | 34 50 | X | | 34 50 |
| 11/23 | Belfor auto Wash | 8 00 | X | 60 00 | |
| 11/2 | deposit Bonus reimbursd | 70 47 | X | | |
| 11/24 | deposit Bonus reimbursd | 25 00 | ✓ | | |
| 11/04 | Starbucks | 27 25 | X | | |
| | gas | | | | |





